Scott R. MARTIN, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5023.

United States Court of Appeals,
Federal Circuit.

July 17, 2013.

Rehearing En Banc Denied
Sept. 26, 2013.

Scott R. Martin, of Reno, Nevada, pro se.

Curtis C. Pett, Attorney, Tax Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With him on the brief were Kathryn Keneally, Assistant Attorney General, and Kenneth L. Greene, Attorney.

Before NEWMAN, REYNA, and TARANTO, Circuit Judges.

PER CURIAM.

Mr. Scott R. Martin seeks enforcement of a claim of $4,250,000 in damages against

the United States for alleged breach of an implied contract. For reasons stated by the Court of Federal Claims, we affirm the dismissal of Mr. Martin's claim for failure to state a claim pursuant to Rule 12(b)(6) of the Court of Federal Claims.

AFFIRMED